

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2018

No. 04-18-00948-CV

**IN RE** Jason Charles **CARTER**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

On December 12, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 14, 2018.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 17316-A, styled *The State of Texas v. Jason Charles Carter*, pending in the 216th Judicial District Court, Kerr County, Texas, the Honorable N. Keith Williams presiding.